IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AKSHAR, LLC d/b/a HILLSBORO INN,
a/k/a DAYS INN OF EL DORADO							PLAINTIFF

vs.					NO. 05-CV-1022

E-ZMART STORES, INC.							DEFENDANT

STATE OF ARKANSAS							INTERVENOR

## VOLUNTARY DISMISSAL UNDER FRCP 41(a)

Comes now the parties and jointly move that an order of non-suit be issued and the Court being fully apprised of all matter of fact and law doth grant said non-suit without prejudice in the above styled case.

**IT IS SO ORDERED.**

_____
HONORABLE HARRY E. BARNES
DATE: 3/27/06

APPROVED AS TO FORM:

_____
SHERRY BARTLEY
Attorney for Defendant

_____
JAMES F. SWINDOLL
Attorney for Plaintiff

_____
CHARLES MOULTON
Attorney for Intervenor

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 27 2006
CHRIS R. JOHNSON, CLERK